**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUL 3 0 2014**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER 3:14-mj-3088-DGW |
| vs. ) | |
| ) | |
| PATRICK S. MCGUIRE, ) | |
| ) | Title 18, United States Code |
| ) | Section 1951 |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## INTERFERENCE WITH COMMERCE BY ROBBERY

On or about July 25, 2014, in St. Clair County, Illinois, within the Southern District of Illinois,

### PATRICK S. MCGUIRE,

defendant herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, interstate commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, PATRICK S. MCGUIRE, did unlawfully take and obtain personal property consisting of United States currency from the presence of another – that is, from a clerk of the Circle K Gas Station, Belleville, Illinois – against her will by means of actual and threatened force, violence, and fear

of immediate injury to her person – that is the defendant entered said Circle K Gas Station, demanded the money of the said Circle K Gas Station, whereupon said clerk delivered to the defendant United States currency, which was the property of said Circle K Gas Station. At all times material to this Complaint, Circle K Gas Station was engaged in the sale of gasoline, food, and beverages in interstate commerce and an industry which affects interstate commerce. All in violation of Title 18, United States Code, Section 1951.

## AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for four and a half years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1)   On July 25, 2014, at approximately 4:25a.m., an adult white male with a mustache, approximately 50 years old, dark hair, wearing glasses, a blue short sleeve shirt, a white long sleeve undershirt, gray sweat pants with a blue stripe down the side, and a clear

plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object, entered the Circle K Gas Station, located at 421 South Belt East Road, Belleville, Illinois.

2) Upon entering the Circle K Gas Station, the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object, approached the lone Circle K Gas Station clerk with the initials of R.C. The adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object, pointed his covered right hand at R.C., and said, "give me all your money."

3) R.C. said she was afraid for her safety, not knowing if the pointed object concealed inside the blue bag in the right hand of the white male with the clear plastic bag over his head, was a gun, walked behind the customer counter line, opened the cash register, and placed the money tray on the counter. The adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object then reached into the money tray with his hand and removed United States currency from the money tray. After removing United States currency from the money tray, the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object walked out of the Circle K Gas Station with the United States currency.

4) After the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object walked out of the Circle K Gas Station, R.C. notified the Belleville Police Department, which responded to the Circle K Gas station and conducted an investigation.

5) Upon reviewing Circle K Gas Station store surveillance camera video, just prior to the robbery, a green or blue van was observed driving through the parking lot of the Circle K

Gas Station with no headlights illuminated. The green or blue van disappears from surveillance camera view, and a short time later the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object walked up to the store from the same direction. After the robbery, the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object walks back toward where the green or blue van was last seen.

6)   On July 25, 2014, in an attempt to identify the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object who robbed the Circle K Gas Station, the Belleville Police Department released Circle K Gas Station surveillance camera video photographs of the robber to the news media and posted surveillance camera photographs of the robber on a social media website.

7)   Shortly after releasing the Circle K Gas Station surveillance camera video photographs of the robber to the news media and posting the photographs of the robber on the social media website, the Belleville Police Department began receiving information from the public that the identity of the Circle K Gas Station robber appeared to be Patrick S. McGuire.

8)   Upon receiving the information that the Circle K Gas Station robber was Patrick S. McGuire, the Belleville Police Department searched law enforcement computer databases and found a known photograph of a Patrick S. McGuire, date of birth in April, 1966. McGuire's known photograph and known physical description matched that of the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that contained a pointed object who robbed the Circle K Gas Station on July 25, 2014.

9)   The Belleville Police Department, using law enforcement computer databases

4

identified a possible female associate of McGuire with the initials of M.M. who had a blue 1999 Plymouth van registered to her.

10) On July 28, 2014, in an attempt to locate the blue 1999 Plymouth van and McGuire, Belleville Police Department Detectives went to the address of M.M., located at 2519 Eastview Drive, Belleville, Illinois. At 2519 Eastview Drive, Belleville, Illinois, the Belleville Police Department Detectives observed the blue 1999 Plymouth van parked in the parking lot of the apartment building. The blue 1999 Plymouth van appeared to be the same green or blue van that was observed on the Circle K Gas Station store surveillance camera video just prior to the Circle K Gas Station robbery.

11) Belleville Police Department Detectives observed what appeared to be an adult white male working underneath the blue 1999 Plymouth van. Belleville Police Detectives made contact with this adult white male and he was positively identified as Patrick S. McGuire, date of birth in April, 1966.

12) Belleville Police Detectives made contact with the registered owner of the blue 1999 Plymouth van with the initials of M.M. M.M. gave Belleville Police Detectives verbal consent to search her blue 1999 Plymouth van and her apartment. Belleville Police Detectives found numerous clear plastic bags and blue plastic bags inside the blue 1999 Plymouth van. M.M. told Belleville Police Detectives she has known McGuire since high school and she was allowing McGuire to stay with her at her apartment. M.M. said McGuire was staying with her on July 24, 2014 and July 25, 2014. M.M. was shown Circle K Gas Station surveillance camera video photographs of the robbery that occurred on July 25, 2014, and she said the adult white male with the clear plastic bag over his head and a blue plastic bag on his right hand that

5

contained a pointed object who robbed the Circle K Gas Station could possibly be McGuire, but she could not say for sure it was McGuire. M.M. said she did not participate of have prior knowledge of the Circle K Gas Station robbery that occurred on July 25, 2014.

13) On July 28, 2014, at the time McGuire was contacted by the Belleville Police Department Detectives, McGuire's hair on his head was shaved and he had no mustache. M.M. told Belleville Police Department Detectives that McGuire shaved off the hair on his head on July 26, 2014.

14) On July 28, 2014, the Circle K Gas Station clerk with the initials of R.C. was shown a photo line-up that contained a known photograph of Patrick S. McGuire, date of birth April 10, 1966. Upon looking at the photographs in the photo line-up, R.C. identified the photograph of Patrick S. McGuire, date of birth in April, 1966, as the person who committed the robbery of the Circle K Gas Station on July 25, 2014.

15) On July 28, 2014, your Affiant attempted to interview McGuire. McGuire refused to answer any questions without an attorney.

16) As a result of the robbery on July 25, 2014, Circle K Gas Station suffered a loss of $60.00 in United States currency. The $60.00 in United States currency were the receipts of, and property of, Circle K Gas Station. Said receipts were from the sales at the Circle K Gas Station of products that had moved in and were part of commerce as that term is defined in Title 18, United States Code, Section 1951. Circle K was engaged in the retail sale of gasoline, food, and beverages, in interstate commerce and an industry which affects interstate commerce. Also

6

as a result of the robbery, Circle K Gas Station had to close, altering its business hours, so as to allow the Belleville Police Department to conduct its crime scene investigation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

State of Illinois    )
                     )  SS.
County of St. Clair  )

Sworn to before me and subscribed in my presence on the 30th day of July 2014, at East St. Louis, Illinois.

_____
DONALD G. WILKERSON
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

_____
Laura Reppert
Assistant United States Attorney

7